# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| RODNEY D. LOGAN, | ) | Case No. 18-20510 |
| | ) | |
| Debtors. | ) | Hon. Jacqueline P. Cox |
| | ) | |
| | ) | Hearing: March 14, 2019 at 9:30 a.m. |
| | ) | |

## NOTICE OF MOTION

TO: SEE ATTACHED SERVICE LIST

     PLEASE TAKE NOTICE that on Thursday, March 14, 2019, at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox in Courtroom 680 in United States Bankruptcy Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604, or before any other judge who may be sitting in his place and stead, and present the attached **Trustee's Motion to Reopen Case and Authorize U.S. Trustee to Appoint a Case Trustee**, at which time and place you may appear if you so desire.

| | |
|---|---|
| Dated: February 20, 2019 | RONALD R. PETERSON, not individually, but as the former chapter 7 Trustee for the bankruptcy estate of Rodney D. Logan, |
| | |
| | By: _____/s/ *Ronald R. Peterson*_____ |
| |            Ronald R. Peterson |

Ronald R. Peterson (2188473)
Alexis N. Gabay (6199478)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
TEL:  312-222-9350
FAX:  312-527-0484

*Counsel for the former Chapter 7 Trustee*

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that, on February 20, 2019, I caused a copy of the above **Notice of Motion** and the below **Trustee's Motion to Reopen Case and Authorize U.S. Trustee to Appoint a Case Trustee** to be served upon the parties on the below service list via the Court's ECF system or first-class U.S. mail, postage prepaid, as indicated.

*/s/ Ronald R. Peterson*
Ronald R. Peterson

# SERVICE LIST
## 18-20510

**VIA ECF NOTIFICATION:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- David M Siegel    davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com; johnellmannlaw@gmail.com

**VIA U.S. MAIL:**

| | |
|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Capital One Bank USA NA<br>10700 Capital One Way<br>Richmond, VA 23060-9243 | Comcast<br>Bankruptcy Department<br>11621 E. Marginal Way 5<br>Tukwila, WA 98168-1965 |
| Comcast<br>c/o Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Discover Financial SVCS LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| First Tech Federal Credit Union<br>Attn: Bankruptcy Department<br>PO Box 2100<br>Beaverton, OR 97075-210 | Illinois Department Of Revenue<br>Bankruptcy Department<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodney D. Logan<br>727 Austin St., Apt. 2N<br>Evanston, IL 60202-3420 |
| David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| RODNEY D. LOGAN, ) | Case No. 18-20510 |
| ) | |
| Debtors. ) | Hon. Jacqueline P. Cox |
| ) | |
| ) | Hearing: March 14, 2019 at 9:30 a.m. |
| ) | |

### TRUSTEE'S MOTION TO REOPEN CASE AND AUTHORIZE

### U.S. TRUSTEE TO APPOINT CASE TRUSTEE

Ronald R. Peterson, not individually, but as the former chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of Rodney D. Logan (the "Debtor"), hereby files this Motion to Reopen Case Pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Motion"), and respectfully states as follows:

### Jurisdiction

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) in which this Court may constitutionally enter a final order. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. The Trustee brings this Motion pursuant to §§ 350(b) and 727(d) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") and Rule 5010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

3. On July 23, 2018 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code. Thereafter, Ronald R. Peterson was appointed Trustee.

4. On October 22, 2018, the court entered an order of discharge, Docket No. 15.

5. On October 11, 2018, real property belonging to the debtor's deceased father, Theodore Logan, was sold for $120,000.00. The debtor's attorney filed a motion with the court seeking permission to sell the real estate and send the balance of the post-closing proceeds of the transaction to the Trustee, Docket No. 16. An order approving that motion was entered by the court on November 14, 2018, Docket No. 19.

6. The title company issued the check on February 15, 2019 and it was received by the Trustee on February 18, 2019. The Trustee now brings this Motion to reopen the estate, deposit the check and complete distributions to the creditors in this case.

## Requested Relief

7. By this Motion, the Trustee seeks an Order of this Court reopening this bankruptcy case pursuant to § 350(b) of the Bankruptcy Code and Bankruptcy Rule 5010.

8. The Trustee requests that the Debtor's bankruptcy case be reopened to permit a duly-appointed case trustee to administer it accordingly.

3

WHEREFORE, the Trustee respectfully requests that this Court enter an order:

A. Reopening the above-captioned bankruptcy case so that a duly-appointed case trustee may administer the estate;

B. Authorizing the U.S. Trustee to appoint a case trustee in the reopened case; and

C. Granting such other or further relief as this Court may deem equitable and just.

Dated: February 20, 2019

RONALD R. PETERSON, not individually, but as the former chapter 7 Trustee for the bankruptcy estate of Rodney D. Logan,

By:    /s/ *Ronald R. Peterson*
            Ronald R. Peterson

Ronald R. Peterson (2188473)
Alexis N. Gabay (6199478)
JENNER & BLOCK LLP
353 N. Clark St.
Chicago, IL 60654
TEL: 312-923-2981
FAX: 312-527-0484

*Counsel for the former Chapter 7 Trustee*

3