**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 7 |
| LOGAN, RODNEY D. | Case No. 18-20510-JPC |
| Debtor. | Hon. Jacqueline P. Cox |
| | Hearing:  June 9, 2020 |
| | 1:00 p.m. |

**NOTICE OF MOTION**

TO:  ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on, Tuesday, June 9, 2020, at 1:00 p.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Jacqueline P. Cox telephonically pursuant to the Court's Amended General Order No. 20-03 (a copy of which is on the Court's website, ilnb.uscourts.gov), or before any other judge who may be sitting in her place and stead, and present the attached **Trustee's Application For Compensation**.  A party who objects to this motion must file a Notice of Objection no later than two (2) business days before the presentment date.  If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion without a hearing before the date of presentment.

Dated: May 6, 2020

Respectfully submitted,

RONALD R. PETERSON, not individually but as Chapter 7 Trustee for the Bankruptcy Estate of Rodney D. Logan

By:  */s/  Ronald R. Peterson*
       Ronald R. Peterson

Ronald R. Peterson (02188473)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL  60654
Telephone:  (312) 222-9350
Facsimile:  (312) 840-7381
E-mail:  rpeterson@jenner.com

## **CERTIFICATE OF SERVICE**

I, Ronald R. Peterson, an attorney, certify that on Wednesday, May 6, 2020, I caused a copy of the foregoing **Trustee's Application For Compensation** to be served on each of the parties listed on the attached Service List by the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.

                          /s/ *Ronald R. Peterson*
                             Ronald R. Peterson

## Service List

*In re Rodney D. Logan*
Case No. 18-20510

**VIA ECF NOTIFICATION:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- David M Siegel    davidsiegelbk@gmail.com, author@proofofpayments.com;R41057@notify.bestcase.com; johnellmannlaw@gmail.com

**VIA U.S. MAIL:**

| | |
|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Capital One Bank USA NA<br>10700 Capital One Way<br>Richmond, VA 23060-9243 | Comcast<br>Bankruptcy Department<br>11621 E. Marginal Way 5<br>Tukwila, WA 98168-1965 |
| Comcast<br>c/o Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Discover Financial SVCS LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| First Tech Federal Credit Union<br>Attn: Bankruptcy Department<br>PO Box 2100<br>Beaverton, OR 97075-210 | Illinois Department of Revenue<br>Bankruptcy Department<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodney D. Logan<br>727 Austin St., Apt. 2N<br>Evanston, IL 60202-3420 |
| David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| LOGAN, RODNEY D. | ) | CASE NO. 18-20510-JPC |
| | ) | |
| Debtor(s). | ) | Hon. Jacqueline P. Cox |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION**

TO:   THE HONORABLE Jacqueline P. Cox

NOW COMES RONALD R. PETERSON, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,632.10 as compensation, $0.00 amount of which has previously been paid.

**I. COMPUTATION OF COMPENSATION**

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $8,820.98. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $382.10 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |

TOTAL COMPENSATION         $1,632.10

      The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated:   April 24, 2020                                  /s/ RONALD R. PETERSON
                                                                RONALD R. PETERSON, Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
38TH FLOOR
CHICAGO, IL  60654-3456
Business       (312)222-9350
FAX             (312) 840-7381