## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| RODNEY D. LOGAN | § | Case No. 18-20510 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL  60604

The presentment date for the Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) is scheduled for Tuesday, June 9, 2020 at 1:00 p.m.

A party who objects to the Trustee's Final Report ("TFR") and wants it called must file a Notice of Objection no later than two (2) business days before the presentment date. If a Notice of Objection is timely filed, the TFR will be called telephonically (details to access the Court's telephonic system are included on the Court's website https://www.ilnb.uscourts.gov/) on the presentment date. If no Notice of Objection is timely filed, the court may grant the TFR and Applications for Compensation without a hearing before the date of presentment.

Date Mailed: 05/06/2020                    By: /s/ Ronald R. Peterson
                                                                Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL  60654-3456*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In Re: | § | |
| | § | |
| RODNEY D. LOGAN | § | Case No. 18-20510 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,820.98 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 8,820.98 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $        1,632.10 | $        0.00 | $        1,632.10 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,632.10 |
| Remaining Balance | | $ | 7,188.88 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,169.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Illinois Department Of Revenue | $       1,169.22 | $       0.00 | $       1,169.22 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $       1,169.22 |
| Remaining Balance | $       6,019.66 |

Tardily filed claims of general (unsecured) creditors totaling $15,238.99 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 39.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Ally Bank | $       15,238.99 | $       0.00 | $       6,019.66 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $       6,019.66 |
| Remaining Balance | $       0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/ Ronald R. Peterson
                                          Trustee


*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*38TH FLOOR*
*CHICAGO, IL 60654-3456*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

In re:                                              Chapter 7

LOGAN, RODNEY D.                                    Case No. 18-20510-JPC

                        Debtor.                     Hon. Jacqueline P. Cox

                                                    Hearing: __June 9, 2020
                                                                  1:00 p.m.


**<u>CERTIFICATE OF SERVICE</u>**

    I, Ronald R. Peterson, an attorney, certify that on Wednesday, May 6, 2020, I caused a copy of the foregoing **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** to be served on each of the parties listed on the attached Service List by the Court's CM/ECF system or by First Class U.S. mail, postage prepaid, as indicated.


                                     /s/  *Ronald R. Peterson*
                                         Ronald R. Peterson

1

## Service List

*In re Rodney D. Logan*
Case No. 18-20510

**VIA ECF NOTIFICATION:**

- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Ronald R Peterson    rpeterson@jenner.com,
  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
- David M Siegel    davidsiegelbk@gmail.com,
  author@proofofpayments.com;R41057@notify.bestcase.com; johnellmannlaw@gmail.com

**VIA U.S. MAIL:**

| | |
|---|---|
| Ally Financial<br>PO Box 130424<br>Roseville, MN 55113-0004 | Ally Financial<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| Capital One Bank USA NA<br>10700 Capital One Way<br>Richmond, VA 23060-9243 | Comcast<br>Bankruptcy Department<br>11621 E. Marginal Way 5<br>Tukwila, WA 98168-1965 |
| Comcast<br>c/o Diversified Consultants<br>PO Box 551268<br>Jacksonville, FL 32255-1268 | Discover Financial SVCS LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 |
| First Tech Federal Credit Union<br>Attn: Bankruptcy Department<br>PO Box 2100<br>Beaverton, OR 97075-210 | Illinois Department of Revenue<br>Bankruptcy Department<br>PO Box 64338<br>Chicago, IL 60664-0338 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Rodney D. Logan<br>727 Austin St., Apt. 2N<br>Evanston, IL 60202-3420 |
| David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090-6005 | Wells Fargo Card Service<br>PO Box 14517<br>Des Moines, IA 50306-3517 |